SARAH FARNSWORTH, PLAINTIFF IN ERROR, v. DAVID MILLER ET AL., DEFENDANTS IN ERROR.

Argued July 3, 1906—Decided January 2, 1907.

On error to the Supreme Court.

For the plaintiff in error, *John J. Crandall.*

For the defendants in error, *John C. Reed.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given in the memorandum opinion of Mr. Justice Fort, in that court.

*For affirmance*—THE CHIEF JUSTICE, GARRISON, HENDRICKSON, PITNEY, SWAYZE, REED, TRENCHARD, BOGERT, VREDENBURGH, GREEN, GRAY, DILL, J.J.    12.

*For reversal*—None.